# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DANIEL NAYLOR,<br><br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel, ET AL.,<br><br>        Respondents. | Case No. 2:21-cv-00918-GMN-DJA<br><br>**ORDER** |

This matter is before the Court on Petitioner's filing of a petition on May 3, 2021. Since that date, Petitioner has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Petitioner initiated this action by filing a petition, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $402 filing fee. The Court will grant Petitioner one opportunity to file such an application within 30 days. Alternatively, Petitioner may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **June 21, 2021** to proceed with this case.

For the foregoing reasons,

IT IS ORDERED that the Clerk of the Court will send Petitioner the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **June 21, 2021**, Petitioner will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **<u>Application to Proceed *in Forma Pauperis*</u>** on this Court's approved form.

1   IT IS FURTHER ORDERED that, if Petitioner does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **June 21, 2021**, the Court will dismiss this action without prejudice.

DATED: May 20, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE